IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SQUARE D. COMPANY,

    Plaintiff,

vs.

CHAWN PHILLIP ANDERSON,
HEATHER MARIE APODACA,
and AA & M ELECTRIC, INC.,

    Defendants.
_____/

No. CIV S-08-1312 JAM EFB PS

ORDER

This action, assigned to District Judge John A. Mendez, is assigned to the undersigned Magistrate Judge pursuant to E. D. Cal. L. R. 72-302(c)(21), for all purposes encompassed by that provision. The parties filed a joint status report on August 29, 2008. Accordingly, a Status Conference is now SET before the undersigned on Wednesday, November 12, 2008, at 10:00 a.m., in Courtroom No. 25. If circumstances pertinent to the status of the case have changed since the initial joint status report was filed, the parties may file an amended joint status report on or before Wednesday, November 5, 2008.

    So Ordered.

DATED: October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE