# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

SQUARE D. COMPANY,

      Plaintiff,                       CIV-S-08-1312 JAM EFB

      v.

CHAWN PHILLIP ANDERSON, et al.,

      Defendants.

_____/

On April 24, 2009, plaintiff filed a discovery motion and set the matter for hearing on May 13, 2009, at 10:00 a.m., in Courtroom No. 25. Plaintiff asserts a complete and total failure of defendants to respond to discovery requests; the parties shall therefore adhere to the briefing schedule set forth at E. D. Cal. L. R. 37-251(e).

Specifically, the moving party must, by personal service, serve and file its brief no later than fourteen (14) days before the hearing date, or if service is made by mail or electronic means, no later than seventeen (17) days before the hearing date.[1] The responding party shall, by personal service, serve and file a response not later than five (5) court days prior to the hearing date, or, if service is made by mail or electronic means, no later than eight (8) court days preceding the hearing date. The moving party may serve and file a reply not less than three (3) court days prior to the hearing date. The filing(s) of each party shall include proof of service upon the other party.

The parties are nonetheless reminded of the preferred method of meeting and conferring in good faith, attempting to resolve their discovery dispute, and preparing a joint statement pursuant to E.D. Cal. L.R. 37-251(b), and (c).

Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

////

////

---

[1] Should the moving party be unable to adhere to this briefing schedule, the motion shall be properly renoticed.

Failure of either party to use best efforts to timely file their briefing will be cause for sanctions.

DATED:  April 27, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE