**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Robert D. Swanson SBN 162816
Daniel S. Stouder SBN 226753
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff Square D Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE D COMPANY,<br>              Plaintiff,<br>    vs.<br><br>CHAWN PHILLIP ANDERSON and HEATHER MARIE APODACA, formerly d/b/a AA & M ELECTRIC; and AA & M ELECTRIC, INC.<br><br>              Defendants. | Case No.: 2:08-cv-01312-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AA & M ELECTRIC, INC.**<br><br>Date:           September 2, 2009<br>Time:          10:00 A.M.<br>Courtroom: 25<br>Judge:         Hon. Edmund F. Brennan |

GOOD CAUSE APPEARING, THIS COURT ORDERS AS FOLLOWS:

Plaintiff will have up to and including September 30, 2009 to file a supplemental declaration with additional evidence supporting its motion for default judgment against AA&M Electric, Inc., as requested by the Court at the hearing on this motion.

IT IS SO ORDERED:

Dated:  September 22, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-1-
**ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AA & M ELECTRIC, INC.**

150512.1